512 A.2d 1174

COMMONWEALTH of Pennsylvania

v.

Anthony L. JOHNSON, Petitioner.

Supreme Court of Pennsylvania.

July 22, 1986.

Petition for Allowance of Appeal GRANTED, No. 92 E.D. Appeal Docket 1986.